IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VERNON LUKE FRANCIS,<br><br>               Plaintiff,<br><br>    vs.<br><br>DONOVAN VAN NOTE, individually and in his capacity as a Trooper with the Montana Highway Patrol; PHIL SMART, individually and in his capacity as a Trooper with the Montana Highway Patrol; MONTANA HIGHWAY PATROL; MONTANA DEPARTMENT OF JUSTICE; KURT SAGER, individually and in his capacities as Lieutenant Colonel and Colonel of the Montana Highway Patrol; STEVEN LAVIN, individually and in his capacity as Colonel of the Montana Highway Patrol (retired),<br><br>               Defendants. | CV 25–180–M–DLC<br><br>ORDER |

Before the Court are Plaintiff Vernon Luke Francis's unopposed motions for: extension of time to respond to Defendants' Motion to Dismiss (Doc. 8); extension of time to respond to Defendants' Motion for Summary Judgment (Doc. 10); and leave to file Confidential Criminal Justice Act Information under seal. (Docs. 23, 24, and 25.) For good cause showing,

IT IS ORDERED that Plaintiff's motions (Docs. 23, 24, and 25) are GRANTED. Plaintiff shall file his responses to the Defendants' Motion to Dismiss (Doc. 8) and Defendants' Motion for Summary Judgment (Doc. 10) by May 27, 2026. Plaintiff is further permitted to file certain exhibits containing Confidential Criminal Justice Information as defined by Montana Code Annotated § 44-5-303 under seal.

DATED this 19th day of May, 2026.

_____
Dana L. Christensen, District Judge
United States District Court